April 23, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

**GUGGENHEIM CORPORATE FUNDING, LLC, ORPHEUS HOLDINGS LLC, STELLAR FUNDING LTD., AND ORPHEUS FUNDING LLC, Appellants**

NO. 14-13-00809-CV                 V.

**VALERUS COMPRESSION SERVICES, L.P., Appellee**

_____

This cause, an appeal from the judgment in favor of appellee, Valerus Compression Services, L.P., signed June 19, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellants, Guggenheim Corporate Funding, LLC, Orpheus Holdings LLC, Stellar Funding Ltd., and Orpheus Funding LLC, jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.